UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**THOMAS MICHAEL CORDERO,**

Defendant.

Case No.  CR05-5705FDB

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** came on for a revocation hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant waived his right to a hearing and admitted to the violations.

The court found the defendant to be in violation and scheduled a disposition revocation hearing to be held at the time and date below set forth before Judge FRANKLIN D BURGESS:

> <u>Date of hearing:</u>    **JUNE 5, 2008**
>
> <u>Time of hearing:</u>    **9:00 A.M.**

**IT IS ORDERED** that the defendant:

( X )  After the May 8, 2008, revocation hearing, United States Probation Officer Michael Markham had an opportunity to visit the defendant's mother's residence.  The probation officer has deemed the residence as suitable placement for the defendant pending the outcome of the revocation proceedings.  **THE DEFENDANT IS TO BE IMMEDIATELY RELEASED FROM THE FEDERAL DETENTION CENTER.  HE IS FURTHER DIRECTED TO RESIDE AT THE APPROVED RESIDENCE,** subject to the terms and conditions of his current term of supervision.

(  )  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

**May 19, 2008.**

*s/ Franklin D Burgess*

**Franklin D. Burgess, U.S. District Judge**

ORDER
Page - 1